IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

    Plaintiff,                    No. CIV S-06-1474 LKK GGH P

    vs.

DR. DANIEL THOR, et al.,

    Defendants.                <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of November 9, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 10, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted twenty days from the date of this order in which to file an amended complaint.

DATED: 1/18/07                                /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
will1474.36