IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

        Plaintiff,                  No. CIV S-06-1474 LKK GGH P

    vs.

DR. DANIEL THOR, et al.,

        Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By Order, filed October 23, 2007, certain of plaintiff's claims were dismissed from his amended complaint with leave to file a second amended complaint. Plaintiff did not file a second amended complaint.[1] The court finds the amended complaint should be served upon defendants only as to plaintiff's inadequate medical care claims.

        The amended complaint states a colorable claim for relief against defendants Dr. Parker, Dr. Thor, Dr. Traquina, Dr. Solomon, Dr. Naku for inadequate medical care for a serious medical condition in violation of plaintiff's Eighth Amendment rights, pursuant to 42 U.S.C. §

---

[1] By concurrently filed Findings and Recommendations, the court now recommends dismissal of the previously identified claims.

1

1  1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,
2  plaintiff has a reasonable opportunity to prevail on the merits of this action.
3              In accordance with the above, IT IS HEREBY ORDERED that:
4              1. Service is appropriate for the following defendants:  Dr. Parker, Dr. Thor, Dr.
5  Traquina, Dr. Solomon, Dr. Naku;
6              2. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, one
7  summons, an instruction sheet and a copy of the amended complaint filed February 5, 2007.
8              3. Within thirty days from the date of this order, plaintiff shall complete the
9  attached Notice of Submission of Documents and submit the following documents to the court:
10                  a. The completed Notice of Submission of Documents;
11                  b. One completed summons;
12                  c. One completed USM-285 form for each defendant listed in number 1
13                     above; and
14                  d. Six (6) copies of the endorsed amended complaint filed February 5,
15                     2007.
16             4. Plaintiff need not attempt service on defendants and need not request waiver of
17 service.  Upon receipt of the above-described documents, the court will direct the United States
18 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
19 without payment of costs.

DATED:  01/14/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
will1474.1am

|   |   |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

DAVID RAY WILLIAMS,

        Plaintiff,                    No. CIV S-06-1474 LKK GGH P

   vs.

DR. DANIEL THOR, et al.,        NOTICE OF SUBMISSION

        Defendants.             OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__    completed summons form

      __5__    completed USM-285 forms

      __6__    copies of the __February 5, 2007__
                                    Amended Complaint

DATED:

                                                                          Plaintiff