IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

       Plaintiff,                      No. CIV S-06-1474 LKK GGH P

    vs.

DR. DANIEL THOR, et al.,

       Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983.  By concurrently filed order, this court has found plaintiff's February 5, 2007, amended complaint appropriate for service upon defendants.  However, for the reasons previously set forth in the Order, filed on October 23, 2007, the undersigned must now recommend dismissal of certain of plaintiff's claims.

        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims of violations of the RICO Act and allegations of conspiracy and due process violations against defendants Thor and Traquina (in other words, all claims but those alleging inadequate medical care predicated on the Eighth Amendment) are dismissed from this action.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 01/14/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
will1474.fr